

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-1-2010

# Alfredo Domenech v. City of Philadelphia

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-2534

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

## Recommended Citation

"Alfredo Domenech v. City of Philadelphia" (2010). *2010 Decisions*. Paper 1576.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1576

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 09-2534

———————

ALFREDO DOMENECH; IVAN SERRANO,
APPELLANTS
v.

CITY OF PHILADELPHIA; JUDITH RUBINO, Individually and in her
professional capacity as Assistant District Attorney with Defendant City of
Philadelphia's District Attorney's Office; LEON LUBIEJEWSKI, #743
Individually and in his Professional Capacity as a Detective in Defendant City of
Philadelphia's Police Department; OFFICE OF THE DISTRICT ATTORNEY OF
PHILADELPHIA; JOHN DOE DETECTIVES 1-3, Individually
and in their Professional Capacities as Detectives in Defendant City of
Philadelphia's Police Department

———————

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court  No. 2-06-cv-01325
District Judge: The Honorable R. Barclay Surrick

———————

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
March 11, 2010

Before: AMBRO, SMITH, and ALDISERT, *Circuit Judges*

(Filed: April 1, 2010)

———————

JUDGMENT ORDER

———————

SMITH, *Circuit Judge.*

1

In 1988, Alfredo Domenech and Ivan Serrano were convicted by a Philadelphia jury of murdering Juan Martinez. Although their convictions were affirmed on direct appeal, their petitions for state collateral relief succeeded, and a new trial was granted in 2005. After the Philadelphia District Attorney decided not to retry the case, Domenech and Serrano filed this civil rights action in the United States District Court for the Eastern District of Pennsylvania. They alleged that the City of Philadelphia and various employees of the City's Police Department violated their constitutional rights by, *inter alia*, withholding exculpatory evidence and maliciously prosecuting them for murder. After discovery closed, the City defendants successfully moved for summary judgment. Domenech and Serrano appeal, arguing that the District Court erred because it failed to apply the proper standard for ruling on a motion for summary judgment under Federal Rule of Civil Procedure 56.

"We exercise plenary review over the District Court's grant of summary judgment" and "apply the same standard that the District Court should have applied." *Shuman ex rel Shertzer v. Penn Manor Sch. Dist.*, 422 F.3d 141, 146 (3d Cir. 2005) (internal citations omitted). After a review of the briefs and the record, including the District Court's thorough Memorandum, we find no error in the District Court's application of Rule 56. Accordingly, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered April

2

23, 2009, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court. Costs taxed against the Appellants.

By the Court:

 /s/ D. Brooks Smith
U.S. Circuit Judge

Date: April 1, 2010